UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-5053 BHS |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT |
| DIONICIO VENEGAS-GATICA, | |
| Defendant. | |

The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Venegas-Gatica is charged by Complaint with Illegal Reentry after Deportation, in Violation of 8:1326A.F.

2. Mr. Venegas-Gatica made his initial court appearance on January 29, 2015.

3. Counsel is seeking an order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).  The requested new deadline would be March 31, 2015.

4. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from February 28, 2015, until March 31, 2015, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(United Stated v. Venegas-Gatica, CR 15-5053) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
**(253) 593-6710**

5. The Government, represented by Assistant United States Attorney Erin Wilson, does not object to this request for Extension of the Indictment Deadline.

6. In light of the foregoing, IT IS HEREBY ORDERED that the time to file an Indictment be continued to March 31, 2015. The period of delay resulting from this continuance from February 28, 2015, until March 31, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED this 24th day of February, 2015.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Linda Sullivan*
Assistant Federal Public Defender
Attorney for Dionico Venegas-Gatica

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(United Stated v. Venegas-Gatica, CR 15-5053) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710